**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | 80 West Washington Place Real Estate Holdings, LLC | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-1249056 | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 80 West Washington Place New York, NY 10011 Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | New York County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

Debtor    80 West Washington Place Real Estate Holdings, LLC    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5311

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check* **all** *that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship |
|---|---|---|---|
| | Debtor  See Attachment | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

---

Debtor   80 West Washington Place Real Estate Holdings, LLC                    Case number *(if known)* _____
      Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

      Contact name _____

      Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | 80 West Washington Place Real Estate Holdings, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___August 22, 2023___
MM / DD / YYYY

**X** /s/ William Rainero
Signature of authorized representative of debtor

William Rainero
Printed name

Title ___Managing Member___

**18. Signature of attorney**

**X** /s/ H Bruce Bronson
Signature of attorney for debtor

Date ___August 22, 2023___
MM / DD / YYYY

H Bruce Bronson
Printed name

Bronson Law Offices PC
Firm name

480 Mamaroneck Ave
Harrison, NY 10528-1621
Number, Street, City, State & ZIP Code

Contact phone ___(914) 269-2530___     Email address ___hbbronson@bronsonlaw.net___

1679380 NY
Bar number and State

Debtor  80 West Washington Place Real Estate Holdings, LLC
Name
Case number (*if known*) _____

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (*if known*) _____   Chapter __11__

☐ Check if this an amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | Nuovo Ciao-Di, LLC | Relationship to you | Related Ownership | |
| District | SDNY | When 1/20/23 | Case number, if known | 23-10068 |
| Debtor | Sei Insieme, LLC | Relationship to you | Related Ownership | |
| District | SDNY | When 12/13/22 | Case number, if known | 22-11670 |

**Fill in this information to identify the case:**

Debtor name  80 West Washington Place Real Estate Holdings, LLC

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 22, 2023          **X** /s/ William Rainero
                                         Signature of individual signing on behalf of debtor

                                         William Rainero
                                         Printed name

                                         Managing Member
                                         Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 80 West Washington Place Real Estate Holdings, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Con Edison 4 Irving Pl New York, NY 10003-3502 | | Utilities | Disputed | | | $80,000.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | | | $0.00 |
| James D. Burchetta, Esq. 2 Homestead Lane, #412 Greenwich, CT 06831 | | Legal Services | | | | $60,000.00 |
| NYC Tax Commission 5030 Broadway, Unit 603, FL 6 New York, NY 10034 | | | | | | $0.00 |
| UE Architecture 315 W. 39th Street New York, NY 10018 | | | | | | $3,500.00 |
| William J Camera Camera & Ford CPA?s 555 Broadhollow Road, Ste 330 Melville, NY 1147-5001 | | Accounting Services | Unliquidated | | | $5,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___80 West Washington Place Real Estate Holdings, LLC___

United States Bankruptcy Court for the:  ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................ $ ___25,000,000.00___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................... $ ___100,150.00___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................... $ ___25,100,150.00___

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ ___22,577,195.10___

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ ___0.00___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ ___2,735,302.00___

4.  **Total liabilities** ....................................................................................
   Lines 2 + 3a + 3b

   $ ___25,312,497.10___

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___80 West Washington Place Real Estate Holdings, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  JP Morgan Chase | Checking | 4371 | $150.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $150.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor   80 West Washington Place Real Estate Holdings, LLC               Case number *(If known)* _____
_____
Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   80 West Washington Place, New York, NY 10011 | Fee Simple | $0.00 | Appraisal-2019 | $25,000,000.00 |

**56.**   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $25,000,000.00 |
|---|

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | 80 West Washington Place Real Estate Holdings, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>Furniture, art work, kitchen equipment, Home Theatere, Hot Tub, Leasehold Improvements | $100,000.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $100,000.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

Debtor    80 West Washington Place Real Estate Holdings, LLC      Case number *(If known)* _____
     Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $150.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................................> | | $25,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $100,152.00 | + 91b. $25,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $25,100,152.00 |

**Fill in this information to identify the case:**

Debtor name ___80 West Washington Place Real Estate Holdings, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | Emigrant Mortgage Company, Inc.<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>80 West Washington Place, New York, NY 10011 | $18,577,195.10 | $25,000,000.00 |
| | 7 Westchester Plaza<br>Elmsford, NY 10523<br>Creditor's mailing address | Describe the lien<br>Mortgage | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>March 21, 2019<br>**Last 4 digits of account number**<br>0310 | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Emigrant Mortgage Company, Inc.<br>2. The Galinn Fund LLC | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |
| **2.2** | The Galinn Fund LLC<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>80 West Washington Place, New York, NY 10011 | $4,000,000.00 | $25,000,000.00 |
| | 399 Knollwood Rd<br>White Plains, NY 10603-1931<br>Creditor's mailing address | Describe the lien | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Specify each creditor | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   80 West Washington Place Real Estate Holdings, LLC _____   Case number (if known) _____
         Name

including this creditor and its relative       ☐ Unliquidated
priority.                                       ☒ Disputed
Specified on line 2.1 _____

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $22,577,195.10

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bruce N. Lederman, Esq., Referee<br>747 Third Avenue - 23rd Floor<br>New York, NY 10017 | Line  2.1 | |
| Lance Falow, Esq., The Heathcote Group<br>774 White Plains Road, suite 220<br>Scarsdale, NY 10583 | Line  2.2 | |
| Terenzi & Confusione P.C.<br>401 Franklin Ave.<br>Garden City, NY 11530 | Line  2.1 | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    80 West Washington Place Real Estate Holdings, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Con Edison
4 Irving Pl
New York, NY 10003-3502

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$80,000.00**

---

**3.2** | **Nonpriority creditor's name and mailing address**
Corporation Counsel
100 Church Street
New York, NY 10007

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.3** | **Nonpriority creditor's name and mailing address**
Damian Williams, US Attorney, SDNY
One St. Andrew's Plaza
10007

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.4** | **Nonpriority creditor's name and mailing address**
Denise Rainero
12616 Pink Myrtle Court
Boynton Beach, FL 33473

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$763,802.00**

---

**3.5** | **Nonpriority creditor's name and mailing address**
Georgette Doyle
3821 Shearwater Drive
Jupiter, FL 33477

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Loan_

Is the claim subject to offset? ☒ No ☐ Yes

**$559,000.00**

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    80 West Washington Place Real Estate Holdings, LLC                          Case number (if known) _____
_____Name_____

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* — **Unknown** |

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| **3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* — **$60,000.00** |
|---|---|---|

James D. Burchetta, Esq.
2 Homestead Lane, #412
Greenwich, CT 06831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| **3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* — **Unknown** |
|---|---|---|

NYC Tax Commission
5030 Broadway, Unit 603, FL 6
New York, NY 10034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| **3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* — **$0.00** |
|---|---|---|

NYC Water Board
59-17 Junction Boulevard 8th Floor
11373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| **3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* — **$134,000.00** |
|---|---|---|

Susan Jeno
3745 Torrey Pines Blvd
Sarasota, FL 34238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| **3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* — **$3,500.00** |
|---|---|---|

UE Architecture
315 W. 39th Street

New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| **3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* — **$5,000.00** |
|---|---|---|

William J Camera
Camera & Ford CPA?s
555 Broadhollow Road, Ste 330
Melville, NY 1147-5001

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Accounting Services_

Is the claim subject to offset? ☒ No ☐ Yes

---

| **3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* — **$35,000.00** |
|---|---|---|

William Rainero
80 Washington Place
New York, NY
10011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | 80 West Washington Place Real Estate Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,095,000.00 |
|---|---|---|---|

Yvonne Rainero
3745 Torrey Pines Blvd
Sarasota, FL 34238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,735,302.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,735,302.00 |

Fill in this information to identify the case:

Debtor name ___80 West Washington Place Real Estate Holdings, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to provide events/parties to Debtor for 20% commission. No term. | |
| | State the term remaining | | Howe Industries Inc. 280 East Drive |
| | List the contract number of any government contract | | Copiague, NY 11726 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | Serhant Realty 372 W Broadway |
| | List the contract number of any government contract | | New York, NY 10012 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to provide events/parties to Debtor for 20% commission. No term. | |
| | State the term remaining | | Compass 110 Fifth Avenue |
| | List the contract number of any government contract | | New York, NY 10013 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___80 West Washington Place Real Estate Holdings, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.4 | Denise Rainero | 12616 Pink Myrtle Court<br>Boynton Beach, FL 33473 | Emigrant Mortgage Company, Inc. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Denise Rainero | 12616 Pink Myrtle Court<br>Boynton Beach, FL 33473 | The Galinn Fund LLC | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Georgette Doyle | 3821 Shearwater Drive<br>Jupiter, FL 33477 | Emigrant Mortgage Company, Inc. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Georgette Doyle | 3821 Shearwater Drive<br>Jupiter, FL 33477 | The Galinn Fund LLC | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Joseph Rainero | 12616 Pink Myrtle Court<br>Boynton Beach, FL 33473 | Emigrant Mortgage Company, Inc. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Joseph Rainero | 12616 Pink Myrtle Court<br>Boynton Beach, FL 33473 | The Galinn Fund LLC | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    80 West Washington Place Real Estate Holdings, LLC _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.10 | Michael Rainero | 1199 Cook St<br>Denver, CO 80206-3403 | Emigrant Mortgage Company, Inc. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Michael Rainero | 1199 Cook St<br>Denver, CO 80206-3403 | The Galinn Fund LLC | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | William Rainero | 80 W Washington Place<br><br>New York, NY 10011 | Emigrant Mortgage Company, Inc. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | William Rainero | 80 W Washington Place<br><br>New York, NY 10011 | The Galinn Fund LLC | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Yvonne Rainero | 3745 Torrye Pines Blvd<br>Sarasota, FL 34238 | Emigrant Mortgage Company, Inc. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Southern District of New York

In re    80 West Washington Place Real Estate Holdings, LLC          Case No.
                                                Debtor(s)          Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 80 West Washington Members Inc.<br>1169 Cook Street<br><br>Denver, CO 80206 | LLC | | .9145% LLC Interest |
| Denise Rainero<br>12616 Pink Myrtle Court<br>33473 | LLC | | 6 % LLC Interest |
| Georgette Doyle<br>3821 Shearwater Drive<br>Jupiter, FL 33477 | LLC | | 6 % LLC Interest |
| Joseph Rainero<br>12616 Pink Myrtle Court<br>Boynton Beach, FL 33473 | LLC | | 6 % LLC Interest |
| Marie D Rainero Trust<br>86 Macfarlane Drive<br>33483 | LLC | | 51.09 % LLC Interest |
| Michael Rainero<br>1199 Cook St<br>Denver, CO 80206-3403 | LLC | | 6% LLC Interest |
| Willaim Rainero<br>80 West Washington Place<br>New York, NY 10011 | LLC | | 12% LLC Interest |
| Yvonne Rainero<br>3745 Torrey Pines Blvd<br>Sarasota, FL 34238 | LLC | | 12 % LLC Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    August 22, 2023                    Signature    /s/ William Rainero
                                                    William Rainero

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    80 West Washington Place Real Estate Holdings, LLC       Case No. _____
                                                  Debtor(s)       Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     ☐   **FLAT FEE**

         For legal services, I have agreed to accept ................................................................ $ _____

         Prior to the filing of this statement I have received ..................................................... $ _____

         Balance Due .............................................................................................................. $ _____

     ☒   **RETAINER**

         For legal services, I have agreed to accept and received a retainer of........................... $      20,000.00

         The undersigned shall bill against the retainer at an hourly rate of.............................. $        495.00
         [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

         ☐ Debtor      ☒ Other (specify):      345 Carne LLC, Dever, CO 80206-3403

3.    The source of compensation to be paid to me is:

         ☒ Debtor      ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

         ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   August 22, 2023 _____      /s/ H Bruce Bronson _____
    *Date*                                              H Bruce Bronson
                                                     *Signature of Attorney*
                                                     Bronson Law Offices PC
                                                     480 Mamaroneck Ave
                                                     Harrison, NY 10528-1621
                                                     (914) 269-2530    Fax: (888) 908-6906
                                                     hbbronson@bronsonlaw.net
                                                     *Name of law firm*

# United States Bankruptcy Court
## Southern District of New York

In re    80 West Washington Place Real Estate Holdings, LLC _____    Case No. _____

Debtor(s)    Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    August 22, 2023 _____    /s/ William Rainero _____

William Rainero/Managing Member
Signer/Title

Bruce N. Lederman, Esq., Referee
747 Third Avenue - 23rd Floor
New York, NY 10017


Compass
110 Fifth Avenue
New York, NY 10013


Con Edison
4 Irving Pl
New York, NY 10003-3502


Corporation Counsel
100 Church Street
New York, NY 10007


Damian Williams, US Attorney, SDNY
One St. Andrew's Plaza
10007


Denise Rainero
12616 Pink Myrtle Court
Boynton Beach, FL 33473


Emigrant Mortgage Company, Inc.
 7 Westchester Plaza
Elmsford, NY 10523


Georgette Doyle
3821 Shearwater Drive
Jupiter, FL 33477


Howe Industries Inc.
280 East Drive
Copiague, NY 11726


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


James D. Burchetta, Esq.
2 Homestead Lane, #412
Greenwich, CT 06831


Joseph Rainero
12616 Pink Myrtle Court
Boynton Beach, FL 33473


Lance Falow, Esq., The Heathcote Group
774 White Plains Road, suite 220
Scarsdale, NY 10583


Michael Rainero
1199 Cook St
Denver, CO 80206-3403

```
NYC Tax Commission
5030 Broadway, Unit 603, FL 6
New York, NY 10034


NYC Water Board
59-17 Junction Boulevard 8th Floor
11373


Serhant Realty
372 W Broadway
New York, NY 10012


Susan Jeno
3745 Torrey Pines Blvd
Sarasota, FL 34238


Terenzi & Confusione P.C.
401 Franklin Ave.
Garden City, NY 11530


The Galinn Fund LLC
399 Knollwood Rd
White Plains, NY 10603-1931


UE Architecture
315 W. 39th Street
New York, NY 10018


William J Camera
Camera & Ford CPA's
555 Broadhollow Road, Ste 330 Melville,


William Rainero
80 Washington Place New York, NY
10011


Yvonne Rainero
3745 Torrey Pines Blvd
Sarasota, FL 34238
```

# United States Bankruptcy Court
## Southern District of New York

In re    80 West Washington Place Real Estate Holdings, LLC      Case No. _____

                                   Debtor(s)      Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   80 West Washington Place Real Estate Holdings, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

_August 22, 2023_____

Date

/s/ H Bruce Bronson
_____

H Bruce Bronson

Signature of Attorney or Litigant

Counsel for   80 West Washington Place Real Estate Holdings, LLC

Bronson Law Offices PC
480 Mamaroneck Ave
Harrison, NY 10528-1621
(914) 269-2530  Fax:(888) 908-6906
hbbronson@bronsonlaw.net