| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X<br>In re:<br><br>80 WEST WASHINGTON PLACE REAL ESTATE<br>HOLDINGS, LLC,<br><br>                    Debtor.<br>-------------------------------------------------------------X | RETURN DATE: 10/4/2023<br>TIME: 11:00 a.m.<br><br><br><br>CASE NO: 23-11347-JPM<br>CHAPTER 11 |

**NOTICE OF MOTION FOR ORDER**
**<u>MODIFYING AND TERMINATING AUTOMATIC STAY</u>**

**PLEASE TAKE NOTICE,** that upon the Application dated September 7, 2023 ("Application"), Emigrant Bank ("Applicant"), a secured creditor of the above-named debtor, by its attorneys, Terenzi & Confusione, P.C., shall move for an Order: (i) pursuant to 11 U.S.C. Section 362(d), providing that the automatic stay imposed by operation of 11 U.S.C. Section 362(a), be modified and terminated to permit Applicant to pursue its rights as more particularly described in the Application, to the property known as 80 West Washington Place, New York, New York, and (ii) granting such other and further relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE** that this motion shall be returnable on the 4th day of October, 2023 at 11:00 a.m. of that day, or as soon thereafter as counsel can be heard **via Zoom**, before the Hon. John P. Mastrando III.

**PLEASE TAKE FURTHER NOTICE** that attorneys and self-represented individuals are required to sign up to appear at court hearings with the Court's eCourt Appearances tool at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Case participants must check in to confirm their appearance no later than 4:00 pm, one business day prior to the scheduled hearing date. If you require assistance, please contact the presiding Judge's Chambers.

**PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL BANKRUPTCY RULE**

**9006-1(b), IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION SO AS TO ENSURE ACTUAL RECEIPT NOT LATER THAN (7) DAYS BEFORE THE RETURN DATE.**

Dated: Garden City, New York
       September 7, 2023

                      **TERENZI & CONFUSIONE, P.C.**
                      Attorneys for EMIGRANT BANK

                      By: \s\ Cara M. Goldstein
                          Cara M. Goldstein, Esq. (CMG 3517)
                          401 Franklin Avenue, Suite 304
                          Garden City, New York 11530
                          (516)812-0800
                          cgoldstein@tcpclaw.com

TO:    80 West Washington Place Real Estate Holdings, LLC
          Chapter 11 Debtor
          80 West Washington Place
          New York, New York 10011

          H. Bruce Bronson, Jr., Esq.
          Attorney for Debtor
          Bronson Law Offices, P.C.
          480 Mamaroneck Avenue
          Harrison, New York 10528-0023

          Shannon Anne Scott
          DOJ-UST
          Office of the United States Trustee
          Alexander Hamilton Custom House
          One Bowling Green, Room 534
          New York, New York 10004-1408